UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-30421 |
|---|---|
| JASON M. SHATTO | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4066267**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | JASON M. SHATTO<br>4972 MORELAND DRIVE<br>FRANKLIN, OH  45005 | 127.17 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/11/2011

Certificate of Service       07-30421

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JASON M. SHATTO
4972 MORELAND DRIVE
FRANKLIN, OH  45005

GENE E SCHAEFER
1081 N UNIVERSITY BLVD
SUITE B
MIDDLETOWN, OH  45042

(35.1n)
CHRISTOPHER P KENNEDY
24755 CHAGRIN BLVD
SUITE 200
CLEVELAND, OH  44122

(28.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(27.1n)
OSI COLLECTION SERVICES INC
BANKRUPTCY DEPARTMENT
BOX 105127
ATLANTA, GA  30348

(37.1n)
PRA RECEIVABLES MANAGEMENT
BOX 41067
NORFOLK, VA  23541

(36.1n)
STEPHEN J MORIARTY
ANDREWS DAVIS
100 NORTH BROADWAY SUITE 3300
OKLAHOMA CITY, OK  73102

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner              sv